UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

v.                                        No. 1:23-cv-856 WJ/GJF

RES-CARE, INC. D/B/A BRIGHTSPRING
HEALTH SERVICES; and ARBOR E&T, LLC
D/B/A EQUUS WORKFORCE SOLUTIONS,

      Defendants.

## ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT ARBOR E&T LLC D/B/A EQUUS WORKFORCE SOLUTIONS TO FILE ITS AMENDED ANSWER

Upon the Stipulation to Extend Time for Defendant Arbor E&T, LLC d/b/a Equus Workforce Solutions ("Defendant") to File an Amended Answer [ECF 28] until and including January 17, 2024, and good cause appearing:

**IT IS ORDERED** that Defendant's extension of time to file its amended answer to Plaintiff's Complaint until and including January 17, 2024, is **GRANTED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE