UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      Plaintiff,

v.                                                                             No. 1:23-cv-856 WJ/GJF

**RES-CARE, INC. D/B/A BRIGHTSPRING
HEALTH SERVICES;** and **ARBOR E&T, LLC
D/B/A EQUUS WORKFORCE SOLUTIONS,**

      Defendants.

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT RES-CARE, INC.
D/B/A BRIGHTSPRING HEALTH SERVICES TO FILE ITS ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Upon the Stipulation to Extend Time for Defendant Res-Care, Inc. d/b/a Brightspring Health Services ("Res-Care") to Answer or Otherwise Respond to Plaintiff's Complaint [ECF 29] until and including January 17, 2024, and good cause appearing:

**IT IS ORDERED** that Res-Care's extension of time to answer or otherwise respond to Plaintiff's Complaint until and including January 17, 2024, is **GRANTED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE